UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:07-CR-00080(01)RM |
| ) | |
| DONALD A. SAGER ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 18, 2008 [Doc. No. 46]. Accordingly, the court now ADOPTS the findings and recommendation, ACCEPTS defendant Donald Sager's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 2252A(a)(5)(B).

SO ORDERED.

ENTERED:   May 6, 2008

　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　United States District Court